UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS TEODORO PONCE,<br><br>   Petitioner,<br><br>  v.<br><br>L. E. SCRIBNER, Warden,<br><br>   Respondent. | No. SACV 08-149 DDP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered dismissing denying the Petition on the merits with prejudice.

DATED: January 18, 2012

                  DEAN D. PREGERSON
                  United States District Judge