UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS TEODORO PONCE,<br><br>    Petitioner,<br><br>  v.<br><br>L. E. SCRIBNER, Warden,<br><br>    Respondent. | No. SACV 08-149 DDP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 18, 2012

_____
DEAN D. PREGERSON
United States District Judge